AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 15 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CLAYTON WAYNE RAMSEY ) | Case No: 4:10CR00021-001 |
| ) | USM No: 15771-084 |
| Date of Previous Judgment: 05/03/2011 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __66__ months **is reduced to** __62 months*__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 6 | Amended Offense Level: | 4 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 6 to 12 months | Amended Guideline Range: | 2 to 6 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

*Defendant is sentenced to 62 months, but not less than time served. Defendant's sentence consists of two (2) months on Count 6 and sixty (60) months on Count 7, to be served consecutively.

Except as provided above, all provisions of the judgment dated __05/03/2011__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/15/2015

Effective Date: 11/01/2015
(if different from order date)

Judge's signature

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title